## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Equiptechs, Inc.*
Attn:  Brad S. Branconnie
17 Hideway Lane
North Kingstown, RI 02852

*[signature]*
Mary E. Augustine (No. 4477)

619605v1